CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:14CR87HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS:  JOHN LOUIS BLALACK

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 14 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  GLENDA R. HAYNES        MS BAR #  2132
AUSA: SHELDON L. BEER          MA BAR #  661165
AUSA: PAIGE M. FITZGERALD      CA BAR #  171027

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**     ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  6   ___ PETTY  ___ MISDEMEANOR  6  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1: 18:371.F | 18U.S.C. § 371 | CONSPIRACY | 1 |
| Set 2: 18:249.F | 18U.S.C. § 249(a)(1) & 2 | HATE CRIME | 2-5 |
| Set 3: 18:924.F | 18U.S.C. § 924(c) & 2 | USE OF FIREARM DURING CRIME | 6 |

Date: May 14, 2014   SIGNATURE OF AUSA: Glenda R. Haynes
Date: May 14, 2014   SIGNATURE OF AUSA: [signature]
Date: May 14, 2014   SIGNATURE OF AUSA: [signature]
Revised 2/26/2010