CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: JACKSON

COUNTY: HINDS

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:14CI87 HTW·FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: _X_ YES ___ NO

NAME/ALIAS: SARAH ADELIA GRAVES

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 14 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA: GLENDA R. HAYNES      MS BAR # 2132
AUSA: SHELDON BEER           MA BAR# 661165
AUSA: PAIGE M. FITZGERALD    CA BAR# 171027

INTERPRETER: _X_ NO ___ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:** ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __4__   ___ PETTY   ___ MISDEMEANOR   __4__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1: 18:371.F | 18 U.S.C. § 371 | CONSPIRACY | 1 |
| Set 2: 18:249.F | 18 U.S.C. § 249(a)(1) & 2 | HATE CRIME | 2 |
| Set 3: 18:373.F | 18 U.S.C. § 373 & 2 | SOLICITATION | 7 |
| Set 4: 18:1001.F | 18 U.S.C. § 1001(a)(2) | FALSE STATEMENTS TO AGENTS | 8 |

Date: May 14, 2014      SIGNATURE OF AUSA: /s/ Glenda R. Haynes
Date: May 14, 2014      SIGNATURE OF AUSA: /s/
Date: May 14, 2014      SIGNATURE OF AUSA: /s/

Revised 2/26/2010