CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:14CR87HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  _X_ NO

MATTER TO BE SEALED: _X_ YES ___ NO

NAME/ALIAS:  SHELBIE BROOKE RICHARDS

**U.S. ATTORNEY INFORMATION:**

AUSA: GLENDA R. HAYNES    MS BAR # 2132
AUSA: SHELDON BEER         MA BAR# 661165
AUSA: PAIGE M. FITZGERALD  CA BAR# 171027

INTERPRETER: _X_ NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3   ___ PETTY   ___ MISDEMEANOR   3 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1: 18:371.F | 18 U.S.C. § 371 | CONSPIRACY | 1 |
| Set 2: 18:249.F | 18 U.S.C. § 249(a)(1) & 2 | HATE CRIME | 2 |
| Set 3: 18:373.F | 18 U.S.C. § 373 & 2 | SOLICITATION | 7 |

Date: May 14, 2014    SIGNATURE OF AUSA: Glenda R. Haynes
Date: May 14, 2014    SIGNATURE OF AUSA: 
Date: May 14, 2014    SIGNATURE OF AUSA: 

Revised 2/26/2010

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED MAY 14 2014 ARTHUR JOHNSTON BY ___ DEPUTY]