IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                              CRIMINAL NO. 3:14CR00087 HTW-FKB

JOHN LOUIS BLALACK, ET AL

## MOTION TO UNSEAL RECORD

COMES NOW, Defendant John Louis Blalack, by and through counsel of record, and files this Motion to Unseal Record, and in support thereof would show the following:

1. The record of the John Louis Blalack's juvenile proceedings in the District Court, including the transcript and exhibits, Criminal No.3:13CR46 HTW-FKB, are sealed due to the fact that the John Louis Blalack was a minor at the time of alleged crimes and he had not been transferred to adult status. However, the Federal Government filed a Motion to Transfer Juvenile to Adult Status and the Court granted the Motion. Therefore, Defendant Blalack no longer enjoys the protection as a juvenile. It is necessary that the Defendant view the record, including the transcript and exhibits in the juvenile case so that he can use it to prepare for the adult criminal trial. Therefore, the Defendant is requesting that the record be unsealed, including the transcript and exhibits.

WHEREFORE, John Louis Blalack respectfully moves the Court to enter an Order allowing the record to be unsealed for use in the adult criminal trial.

Respectfully submitted this 2nd day of December, 2014.

JOHN LOUIS BLALACK, DEFENDANT

BY:   s/ Robert O. Waller
         ROBERT O. WALLER (MSB #6912)

OF COUNSEL:

Waller & Waller, Attorneys at Law
220 South President Street (39201)
Post Office Box 4
Jackson, Mississippi 39205
Telephone: (601) 354-5252
Facsimile: (601) 354-2681

## CERTIFICATE OF SERVICE

I, Robert O. Waller, the undersigned counsel of record for John Louis Blalack, hereby certify that on December 2, 2014, I filed the foregoing with the Clerk of the Court using the ECF system which thereby electronically served counsel of record.

 Gregory K. Davis, U.S. Attorney
 Roy Austin, Deputy Assist. Attorney General
 Sheldon L. Beer, Trial Attorney
 Paige M. Fitzgerald, Deputy Chief
 United States Department of Justice
 950 Pennsylvania Avenue, NW
 Washington, DC 20530

 Merrida Coxwell, Esq.
 Coxwell & Associates
 500 North State Street
 Jackson, Mississippi 39201

 Lawrence Coco, Esq.
 McRaney, Coco & Lee, PLLC
 800 Woodlands Parkway, Suite 107
 Ridgeland, Mississippi 39157

 Tom Fortner, Esq.
 Lowery & Fortner, P.A.
 525 Corrine Street
 Hattiesburg, Mississippi 39401

So Certified this 2nd day of December, 2014.

            s/ Robert O. Waller
            ROBERT O. WALLER