IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                        CRIMINAL NO. 3:14CR00087 HTW-FKB

JOHN LOUIS BLALACK, ET AL

## MOTION TO GRANT EACH DEFENDANT 10 PEREMPTORY CHALLENGES

COMES NOW, Defendant John Louis Blalack, by and through counsel of record, and moves the Court pursuant to Fed.R.Crim.P.24(b) to allow each Defendant herein 10 peremptory challenges during jury selection.

Federal Rules of Criminal Procedure 24(b) states:

> (b) Peremptory Challenges. Each side is entitled to the number of peremptory challenges to prospective jurors specified below. <u>The court may allow additional peremptory challenges to multiple defendants</u>, and may allow the defendants to exercise those challenges separately or jointly.

(Emphasis added).

WHEREFORE, John Louis Blalack respectfully requests that the Court allow each Defendant herein 10 peremptory challenges during jury selection to be exercised separately.

Respectfully submitted this 3rd day of December, 2014.

JOHN LOUIS BLALACK, DEFENDANT

BY:   s/ Robert O. Waller
          ROBERT O. WALLER (MSB #6912)

OF COUNSEL:

Waller & Waller, Attorneys at Law
220 South President Street (39201)
Post Office Box 4
Jackson, Mississippi 39205
 Telephone: (601) 354-5252
Facsimile: (601) 354-2681

## **CERTIFICATE OF SERVICE**

      I, Robert O. Waller, the undersigned counsel of record for John Louis Blalack, hereby certify that on December 3, 2014, I filed the foregoing with the Clerk of the Court using the ECF system which thereby electronically served counsel of record.

    Gregory K. Davis, U.S. Attorney
    Roy Austin, Deputy Assist. Attorney General
    Sheldon L. Beer, Trial Attorney
    Paige M. Fitzgerald, Deputy Chief
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

    Merrida Coxwell, Esq.
    Coxwell & Associates
    500 North State Street
    Jackson, Mississippi 39201

    Lawrence Coco, Esq.
    McRaney, Coco & Lee, PLLC
    800 Woodlands Parkway, Suite 107
    Ridgeland, Mississippi 39157

    Tom Fortner, Esq.
    Lowery & Fortner, P.A.
    525 Corrine Street
    Hattiesburg, Mississippi 39401

So Certified this 3rd day of December, 2014.

                                s/ Robert O. Waller
                                ROBERT O. WALLER